UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED
AUG 14 2015

Johnnie Lenan Nelson

*(In the space above enter the full name(s) of the plaintiff(s).)*

15 4670

- against -

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

Janine L. Quigley,
JEFFREY R. Smith, CDW

Lt. Phillips

Lt. Shearer

Lt. Douglas

Sgt. Rescorlo

John Doe

Jane Doe

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

Name Johnnie Lenan Nelson

ID # 2006-1188

Current Institution Berks County Prison

Address 1287 County Welfare Rd.
Leesport, Pa. 19533

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Janine L. Quigley Shield # ______
Where Currently Employed Berks County Prison
Address 1287 County Welfare Rd.
Leesport, Pa 19533

Defendant No. 2
Name Jeffrey R. Smith Shield # ______
Where Currently Employed Berks County Prison
Address 1287 County Welfare Rd.
Leesport, Pa. 19533

Defendant No. 3
Name Lt. Phillips Shield # ______
Where Currently Employed Berks County Prison
Address 1287 County Welfare Rd.
Leesport, Pa. 19533

Defendant No. 4
Name Lt. Schearer Shield # ______
Where Currently Employed Berks County Prison
Address 1287 County Welfare Rd.
Leesport, Pa. 19533

Defendant No. 5
Name Lt. Douglas Shield # ______
Where Currently Employed Berks County Prison
Address 1287 County Welfare Rd.
Leesport, Pa. 19533

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? Berks County Jail

B. Where in the institution did the events giving rise to your claim(s) occur? J,I,D, housing units

C. What date and approximate time did the events giving rise to your claim(s) occur? 3/26/15

ADDITIONAL DEFENDANTS


Name:   Sgt. Rescorlo
Emplyd: Berks County Jail
Addrss: 1287 County Welfare Road
        Leesport, Pa. 19533

What happened to you?

D. Facts: REFER TO CHRONOLOGICAL ORDER OF EVENTS PAGES.

Who did what?

Was anyone else involved?

Who else saw what happened?

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

Chronological order of events

On 3/26/15 I recieved a misconduct (document#1) after an investigation was performed by Lt. Douglas for using another inmates phone privileges. This incident is a Class 1-B offense #159 (other provisions) in the Berks County Jail Inmate Handbook, hereto referred to as (IH),(violating a rule, provision,orderor regulation) specifically applying to the provision 4.6 telephone use, punishable up to 60 days in segregation or up to 45 days loss of privileges.

On 3/27/15 I recieved a memo from Chief Deputy Warden, Jeffrey Smith, hereafter referred to as(CDW. Smith.) CDW Smith informed me that my phone privileges had been suspended(Doc.#2).

On 3/27/15 I sent an Inmate Communication Form, hereto referred to as (ICF) to CDW. Smith(Doc.#3) questioning why and for how long?

On 4/1/15 CDW Smith responded with his reasoning why and avoided entiely the how long. He stated the seriousness of the infraction and in so denying my 6th Amendment Rights. All this on unfounded, unsubstantiated rumors and hearsay and not founded on evidence for a relitively minor incident, which, is in serious need of Constitutional scrutiny. In the I-H page #3 it states, "I have a Right and not a privilege to have access to counsel through unmonitored phone calls". How then does CDW Smith and Lt. Douglas deny me this Right?

Again, on 4/13/15, after 18 days with loss of phone privileges an Inmate Communication Form, hereto referred to as (ICF) to CDW Smith (Doc#4) informing him that I have a up-coming trial for 1st degree murder charges in 43 days and pleading with him to reconsider this suspension of my phone privileges since I need to be instant contact with my lawyer and family in regards to this trial.

On 4/15/15 CDW Smith again denied my access to use the phone, stating "write them". There is no valid connection between my Right to attorney and legitimate prison security concerns, thus negating the Judicial deference when denying adequate, effective and meaningful access to the Courts, as my 14th Amendment demands.

On 4/17/15 I was once againg given a misconduct (Doc.#5). This misconduct was from Sgt. Rescorla for "refusal of order". This being another Class 1-B #154 Section 7.4 of the I-H. Again I am sent to the segregation unit for disobeying the aforementioned memo (Doc.#2) dated 3/27/15. This time Sgt. Rescorlo claims that "information has come to his attention that I have another inmate making calls on my behalf." Again, unfounded, unsubstantiated, suspicions, rumors and hearsay have exagerated the penalogical objectives in regards to Plaintif's protected Constitutional Rights.

On 4/21/15 I filed an Inmate Grievence, (Doc#6) challenging misconduct (Doc #5) for "Refusal of order in the form of a memo. Since I was not issued a misconduct again, for misuse of the telephone, than how did I refuse an order?

On 4/28/15 Lt. Phillips responded to my grievance with additional, non-sensical, unfounded, unsubstantiated extremism on penalogical concerns in collusion with the previous mentioned defendants, denying me my Constitutional Rights.

On 4/21/15 I filed a second Grievance (Doc#7) regarding my phone suspension. I specifically requested to know how long this suspension is to run and to inform them again of my urgent need to have immediate access to my attorney and family durin my up-coming trial.

On 5/4/15 a Lt.Schearer responded to my grievance (Doc#7) stating "I have no Right to use the phone since I have no phone privileges." I can only surmise this suspension is indefinite since they refuse to answer that question. Seeing that my trial is an on-going and fluid, my need to use the phone to call family and attorney is critical to my defense. My ability to communicate in a timely manner has been hampered by the defiance of the administration towards the Constitutional Rights demanded. They are all impeding my ability for prompt, efficient access to both counsel and the Courts. Adding Lt.Schearer to the list of those names for violating my Constitutional Rights.

On 5/10/15 I filed an Appeal (Doc. #8) to grievence (Doc#7). In doing so I cited the Berks County Jail Inmate Handbook section 1.4.1 (inmate rights) and 1.4.2 (inmate privileges). I specifically made the distinction between the two, stating that "I have a right" to have access to an attorney through unmonitored telephone calls and not merelya privilege as the administration personel continue to cite. They are clearly distinct and clearly their definitions.

On 5/5/15, Warden Janine M. Quigley responded again to my grievance appeal stating "You have no phone privileges and for me to write to my attorney and tell him"! Apparentley the saga continues to the top of the Berks County Jails' penalogical hierarchy. So, putting my new-found prejudice aside, I am faced with this delemna of trying to put some order and direction to this chaotic situation confronting me daily. By ignoring my Rights Plaintif argues that the defendants, in collusion, with malice, have conspired to deny His 1st, 6th and 14th Amendments Rights, along with them infringing on his 8th Amendment to be free from cruel and unusual punishment. Plaintif further argues that due to defendants' responses, Plaintif has/is suffering unnecessary delays and obsticles resulting in critical time-frame decisions and opportunities in trial being lost.

On 5/26/15 Plaintif once again attempted to reason with the aqdministration to resolve this issue by sending another communication to CDW Smith (Doc#9). In pleading I mentioned it has been well past 45 days (Inmate disciplinary guidelines) for loss of privileges (suspensions).

On 6/5/15 CDW Smith response again was uncommitted and vague. Denied, without any goal to go after for resolve.

On 5/18/15 my attorney, Mr Michael D. Dautrich, Esq. sent a letter to Warden Quigley questioning the reason behind my phone rights to confer with counsel had been denied.

On 6/1/15 Warden Quigley responded to attorneys' letter (Doc#10) claiming I had multiple violations of the telephone policy, and yet never charged multiple times? Once again Your Honor, the penalogical administration is rife with false, wild and unfounded claims with accusations born out of prejudice and and vivid imaginations therefore lacking substance and duty. Be it noted that my attorney has suffered no attorney misconduct either.

ORDER OF EVENTS

On 6/18/15 Plaintif filed a motion to attend a private viewing of his deceased sister, Ashley Nelson (Doc# 11).

On 6/19/15 the Honorable Judge, Paul M. Yatron, Berks County, Pa. signed the order granting Motion for plaintifs viewing on 6/23/15. Somewhere between the Motion being granted and the viewing date the Order was denied. With no ability to console with family or contact the laywer by phone, this opportunity to challenge denial of Court Order #5539-2013 was lost. As a result of more unfounded accusations, rumors and hearsay, plaintif and family continue to suffer cruel and unusual consequences. Plaintif reserves the right to amend this complaint when the names of those individuals that had the Court dismissed become known.

On 7/15/15 I continued to plead with CDW Smith for a return of his phone Rights (Doc# 12). It has now gone beyond 90 days which is the prescribed suspension guidelines for disciplinary sanctions. Actually it is more then twice the amount.

On 7/15/15 CDW Smith responded with what appears to be more exagerated prison security concerns. A second request was sent when the last one was not answered (Doc# 13). Both were dimissed.

Today I decided to address this matter in the Courts. It has gone on long enough and my fundamental rights are being abridged. I now ask this Court for a speedy Judicial decision for immediate protection of my rights and protection any further unjustified consequences the Berks County Prison Administrators will attempt.

Respectfully Submitted,

Johnnie Nelson

Johnnie Nelson

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes XX No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

BERKS COUNTY PRISON

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes XX No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes XX No ___ Do Not Know ___

If YES, which claim(s)? LOSS OF RIGHTS

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes XX No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

BERKS COUNTY PRISON

1. Which claim(s) in this complaint did you grieve? ALL OF THEM

2. What was the result, if any? DENIAL AND UNFOUNDED ACCUSATIONS

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I TRIED TO REASON WITH THE ENTIRE ADMINISTRATION. ALL EFFORTS DENIED.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ______

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: ______

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ALL GRIEVANCES FILED INCLUDING APPEAL

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

DOCUMENTS 1-13 included

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Immediate return of phone RIGHTS, Order from the Court against retaliation, and transfer to another county facility as precautioary measures.

VI. **Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No XX

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1. Parties to the previous lawsuit:

Plaintiff ______

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket or Index number ______

4. Name of Judge assigned to your case ____________________

5. Approximate date of filing lawsuit ____________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ____________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____________________

____________________

____________________

On other claims

C. Have you filed other lawsuits in state or federal court?

Yes ____ No XX

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ____________________

Defendants ____________________

2. Court (if federal court, name the district; if state court, name the county) ____________________

3. Docket or Index number ____________________

4. Name of Judge assigned to your case ____________________

5. Approximate date of filing lawsuit ____________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ____________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____________________

____________________

____________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 10 day of August, 2015.

Signature of Plaintiff Johnnie Nelson

Inmate Number 2006-1188

Rev. 10/2009

Johnnie L. Nelson

Institution Address #2006-1188

1287 County Welfare Rd.

Berks Co, Pa. 19533

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 10 day of August, 2015, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: Johnnie Nelson

Doc. #1

BERKS COUNTY PRISON

# MISCONDUCT CITATION

Inmate Name ______ Date ______

Incident Location ______ Time ______

**Citation**

| Class | # | Offense | Class | # | Offense |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | | | |
| | | | | | |
| | | | | | |

**Officer Report**

[illegible]

**Officer Signature** [illegible]

**Actions Pending Disposition**

- ☐ Subject Locked In Own Cell.
- ☑ Subject Transferred To [illegible].
- ☐ Subject Removed From Job Assignment.
- ☐ Warning Is Issued
- ☐ Material(s) Confiscated
- ☐ Other Action ______

**Witnesses**

**Inmate Notification**

Copy Delivered To Inmate By

Name [illegible] Date [illegible] Time [illegible]

Staff Witness ______

Inmate Signature [illegible]
(Acknowledges Receipt of Copy)

**Supervisory Review**

LT Schomaker / [illegible]

Shift Commander Signature

- ☐ Informally Adjusted
- ☑ Referred To Disciplinary Committee
- ☐ Notation ______

212

Doc. #2

Berks County Jail System

# Memo

**To:** Inmate Johnnie Nelson #2006-1188

**From:** Jeffrey R. Smith, Chief Deputy Warden

**CC:** Senior Staff, Captain, Custody Lts. and Sgts., J. Sharp, M. Mullen, Treatment Supervisors, C. Eppright, Author's file

**Date:** March 27, 2015

**RE:** Suspended Telephone Privileges

---

As a result of your disregard for institutional rules here at the jail and your intensions of the telephone conversations, your telephone privileges have been suspended. Should you continue your attempts to misuse the system, further disciplinary action may occur.

JRS

**BERKS COUNTY JAIL SYSTEM**
**INMATE COMMUNICATION FORM**

BCJ # 2006-1188

Inmate Name Johnnie Nelson Unit/Cell # D-212 Date 3-27-15

TO: (*Select only **one** of the following, selecting more than ONE box will result in your communication being filed, unanswered.*)

- ☐ Warden
- ☐ Custody
- ☐ Kitchen
- ☒ Deputy Warden
- ☐ Medical
- ☐ Chapel
- ☐ Treatment
- ☐ Education
- ☐ Commissary
- ☐ Inmate Telephones
- ☐ SOG Commander
- ☐ Booking/Mail/Property
- ☐ Inmate Accounts
- ☐ ____________

Write legibly, supply all relevant details. Forms which are unclear or contain demeaning language, threats or profanity will not be addressed. **ONLY ONE TOPIC PER COMMUNICATION.**

I'm writing cause I recieved a memo 3-27-15 stating my Phone Privileges have been suspended my first question is why? What have I done to warrent that and for how long? This is my first time ever even hear this charge I havent use anyone Pin so how can my Privileges be taken? I hope you can shed some light on my problem.

Note: Writing in "response" section will result in form being unanswered and filed.

Inmate Signature Johnnie Nelson

RESPONSE: What don't you understand? You were cited for using another inmate's telephone priveleges. You plead guilty and stated that's what happened. So, I am assuming you recall the information that you requested on the telephone. I take that conversation very serious. Don't play dumb with me.

Date 4.1.15 Staff Member (*Print*) CDW SMITH and (*Sign*) [signature]

CC: ____________

BCJS 501U, 3-2014 Original – Treatment File Canary – Return to inmate with response



Doc #4

# BERKS COUNTY JAIL SYSTEM
# INMATE COMMUNICATION FORM

BCJ # 2006-1128

Inmate Name Johnnie Nelson    Unit/Cell # ~~I-218~~ D110    Date 4-13-15

TO: (*Select only **one** of the following, selecting more than ONE box will result in your communication being filed, unanswered.*)

- [ ] Warden
- [ ] Custody
- [ ] Kitchen
- [x] Deputy Warden
- [ ] Medical
- [ ] Chapel
- [ ] Treatment
- [ ] Education
- [ ] Commissary
- [ ] Inmate Telephones
- [ ] SOG Commander
- [ ] Booking/Mail/Property
- [ ] Inmate Accounts
- [ ] ______

Write legibly, supply all relevant details. Forms which are unclear or contain demeaning language, threats or profanity will not be addressed. **ONLY ONE TOPIC PER COMMUNICATION.**

Sir,

I'm writing you because I was hoping to get my phone priviliges back I have 43 day's till trial Where as you already know I'm fighting 1st Degree Murder where I can possibley get life I have been offered a deal of 25-50 years I would like to speak to my family about on top of that I'm trying to help my case and reach family member's I hope you can allow me to be able to use the phone again you won't have to remind me of any thing with the phone I've read the hand book plus I would like to contact my lawyer and I'm unable to by phone hopefully you see I've learned my lesson..

Thank you

The way things looking I will away from this jail for a long time.

Note: Writing in "response" section will result in form being unanswered and filed.

Inmate Signature Johnnie Nelson

RESPONSE: Johnnie Nelson,

We have had this conversation before. You lost the phone privileges due to your actions. You are still capable of ~~[illegible]~~ mailing your lawyer or loved ones and you still have visitation privileges.

Date 4/15/15 Staff Member (*Print*) CDW SMITH and (*Sign*) [signature]

CC: ______

BCJS 501U, 3-2014    Original – Treatment File    Canary – Return to inmate with response

Doc # 5

BERKS COUNTY PRISON

# MISCONDUCT CITATION

Inmate Name: Nelson Johnnie 2008-1188 Date: 4-17-15

Incident Location: Inside Unit Time: 1010

**Citation**

| Class | # | Offense | Class | # | Offense |
|---|---|---|---|---|---|
| I-E | 141 | Refusal of orders | | | |
| | | | | | |
| | | | | | |

**Officer Report**

You received a memo from Chief Deputy Wheeler Smith on 3-27-15 that your phone privileges were suspended. In that memo he warned you should you continue your attempts to misuse the phone system further discipline will follow. It has come to my attention that on 4-11 12 13-15 you misused the system by having another inmate make calls on your behalf. EOR.

**Officer Signature** [illegible]

**Actions Pending Disposition**

- ☐ Subject Locked In Own Cell.
- ☑ Subject Transferred To 110.
- ☐ Subject Removed From Job Assignment.
- ☐ Warning Is Issued
- ☐ Material(s) Confiscated
- ☐ Other Action ______

**Witnesses**

**Inmate Notification**

Copy Delivered To Inmate By

Name [illegible] Date 4/17/15 Time 1110

Staff Witness [illegible]

Inmate Signature [illegible]

(Acknowledges Receipt of Copy)

**Supervisory Review**

[illegible]

Shift Commander Signature

- ☐ Informally Adjusted
- ☑ Referred To Disciplinary Committee
- ☐ Notation ______

White Copy - *Treatment* Canary - *Captain* Pink Copy - *Inmate*

#209-REC-4



**BERKS COUNTY JAIL SYSTEM**
**INMATE GRIEVANCE FORM**

**Inmate Name** Johnnie Nelson **BCP#** 2006-1188 **Cell** D 110

**Date** 4-21-15

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

**Administration Use Only**

☐ **Does not fit criteria for an emergency/sensitive grievance** ☐ **Form is incomplete** ☐ **Resubmit on proper form**

☐ **Lacks details** ☐ **Must be completed in English**

**Statement:** Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.)

April 17th I was issued an misconduct for "Refusal of Orders" for and [illegible] "Allowing another inmate to make calls 4-[illegible] 12, 13, 2015 on my behalf when Deputy Chief Warden Smith said and I quote "If you continue to misuse the telephone system further disciplinary will follow. As I have read the (misconduct and Inmate Handbooks) It became aware to me I wasn't charged with any violations of the telephone provisions so how is it possible to "Refuse an order" when I'm not charged with the order at hand I'm being accused of refusing? I feel I'm being targeted and issued unjust punishment. I ask respectfully for some relief.

Thank you

**FOR AMINISTRATIVE USE ONLY**

**Grievance Response:**

You received an order in the form of a memo from CDW Smith informing you that your telephone privileges have been suspended. This includes allowing phone numbers to another inmate's account and having them make calls on your behalf which you did on several occasions after the order was issued. This resulted in you being cited for refusing the order issued by CDW Smith. There was no reason to cite you with any violation of the telephone provisions as it is repetitious to the refusal charge.

**Grievance Answered By:** Lt Phillips **Date** 4/16/15

**Grievance #** 070315 **Date Posted** 4/28/15

Original: Treatment File Canary: Return to inmate with response FORM# REC120 (REV 2/10)

DC #7

**BERKS COUNTY JAIL SYSTEM**
**INMATE GRIEVANCE FORM**

I103

**Inmate Name** Johnnie Nelson **BCP#** 2006-1188 **Cell** ~~D 110~~

**Date** 4-21-15

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

**Administration Use Only**

☐ **Does not fit criteria for an emergency/sensitive grievance** ☐ **Form is incomplete** ☐ **Resubmit on proper form**

☐ **Lacks details** ☐ **Must be completed in English**

**Statement:** Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.)

On March 26th 2015 I was issued an misconduct for "Telephone Provisions" were I was cited for using another inmate phone privileges. March 21st 2015 my phone privilege's was suspended due to the misconduct. March 30th I had my hearing where I plead gilty due to me reading the handbook and learning I was wrong. Upon me leaving delta unit April 4th 2015 I was unaware my pin # was inactive were as I was unable to access the option's on the phone and contact my attorney which I found out in the "Inmate Handbook" Section 1.4.1 pg 3 was a right which stated "you have the right to have access to counsel through unmonitored telephone calls." I'm wrongly being denied my right. Further more I would like to know how long my phone have been suspended for and what warrented it getting suspended and for me to be able to contact my attorney using the telephone. Thank you

**FOR AMINISTRATIVE USE ONLY**

**Grievance Response:**

YOU DO HAVE THE RIGHT TO SPEAK TO COUNSEL THROUGH UNMONITORED TELEPHONE CALLS WHEN YOU HAVE TELEPHONE PRIVILEGES, WHICH YOU CURRENTLY DO NOT. YOU MAY CONTACT YOUR ATTORNEY THROUGH WRITTEN CORRESPONDENCE (MAIL) OR THROUGH VISITS. YOUR TELEPHONE PRIVILEGES WERE SUSPENDED DUE TO YOU VIOLATING THE POLICIES REGARDING TELEPHONE USAGE AS OUTLINED IN THE MISCONDUCT YOU RECEIVED. A REVIEW OF YOUR TELEPHONE PRIVILEGE SUSPENSION WILL BE REVIEWED AT A LATER DATE.

**Grievance Answered By:** LT SCHMEHL / Lt Schm **Date** 5-4-15

**Grievance #** 0702-15 **Date Posted** 5-4-15

Original: Treatment File Canary: Return to inmate with response

FORM# REC120 (REV 2/10)



DOC#8 

**BERKS COUNTY JAIL SYSTEM**
**INMATE GRIEVANCE FORM**

**Inmate Name** Johnnie Nelson **BCP#** 2006-1188 **Cell** I-103

**Date** 5-10-15

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

**Administration Use Only**

☐ **Does not fit criteria for an emergency/sensitive grievance** ☐ **Form is incomplete** ☐ **Resubmit on proper form**

☐ **Lacks details** ☐ **Must be completed in English**

**Statement**: Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.)

This is an Appeal for Grievance # 0102-15 Response date 5-4-15 I am appealing the decision due to the fact the handbook in Privileges Section 1.4.2 it state's "Many programs and opportunities are offered to you while you are in custody in addition to those which are described as rights. These are privleges that may be restricted or denied to you as a result of abuse of the privilege, unacceptable institutional adjustment or misconduct. Furthermore me not being able to use the phone to contact my attorney is violation of my right's. Just being able to write and visit's violate my due process where as though it is time consuming and alot of information and motion's have time frame's.

Thank you for your time.

**FOR AMINISTRATIVE USE ONLY**

**Grievance Response:** If you contact your attorney + inform them that you do not have phone privileges then they (he/she) can arrange to see you during a professional visit. They can even contact Dan VanBilliard + he will extend the opportunity for a meeting through video conference. In addition as the Lt said you do have access to send + receive legal mail also.

**Grievance Answered By:** Jamie Nelly Tingley **Date** 5/15/15

cc: D. VanBilliard
Capt.

**Grievance #** APP002-15 **Date Posted** 5/15/15

Original: Treatment File Canary: Return to inmate with response FORM# REC120 (REV 2/10)


**BERKS COUNTY JAIL SYSTEM**
**INMATE COMMUNICATION FORM**

Inmate Name Johnnie Nelson BCJ # 2006-1188 Unit/Cell # I-218 Date 5-26-15

TO: (*Select only **one** of the following, selecting more than ONE box will result in your communication being filed, unanswered.*)

- [ ] Warden
- [x] Deputy Warden
- [ ] Treatment
- [ ] Inmate Telephones
- [ ] Inmate Accounts
- [ ] Custody
- [ ] Medical
- [ ] Education
- [ ] SOG Commander
- [ ] ______
- [ ] Kitchen
- [ ] Chapel
- [ ] Commissary
- [ ] Booking/Mail/Property

Write legibly, supply all relevant details. Forms which are unclear or contain demeaning language, threats or profanity will not be addressed. **ONLY ONE TOPIC PER COMMUNICATION.**

I'm writing to ask for my general telephone privileges back. I have been misconduct free since me being released from Unit I haven't misused the Phone I'm hoping to be giving my privilege's back.

Thank you.

Note: Writing in "response" section will result in form being unanswered and filed.

Inmate Signature Johnnie Nelson

RESPONSE: Your request has been reviewed and there will not be any changes to your status at this time.

Date 6/5/15 Staff Member (*Print*) CDW SMITH and (*Sign*) [signature]

CC:

BCJS 501U, 3-2014 Original – Treatment File Canary – Return to inmate with response





# *Berks County Jail System*

☒ *Jail*
1287 County Welfare Road
Leesport, PA 19533
phone: 610-208-4800

☐ *Community Reentry Center*
1261 County Welfare Road
Leesport, PA 19533
phone: 610-208-4800

June 1, 2015

Michael D. Dautrich, Esq.
Dautrich & Dautrich Law Offices, P.C.
526 Court Street
Reading, PA 19601

Dear Attorney Dautrich:

I am in receipt of your correspondence dated May 18, 2015, regarding your client Johnnie Lenan Nelson. You have asked for an explanation of why his phone privileges have been suspended and have indicated that you need the ability to speak with him during his incarceration.

In the months prior to the suspension of his telephone privileges, Mr. Nelson had multiple violations of the telephone policy. I found in reviewing his records that he did place many calls in that time period, but none to your office. This suspension will not be lifted at this time; however, if you need access to your client, we have several alternative ways for you to communicate with him.

You may contact our Hearing Supervisor, Daniel VanBilliard at 610-208-4800, ext. 4826 to schedule use of the video or telephone conferencing system. Or, you can call Lizzie Merin at ext. 4831 to arrange a time to meet with your client on-site in a private, interview room. Finally, Mr. Nelson is permitted to send and receive mail through the postal system.

Sincerely,

Janine L Quigley

Janine L. Quigley, CJM
Warden

cc: D. VanBilliard
E. Merin
Senior Staff Members

DOC # 11

COMMONWEALTH OF PENNSYLVANIA

vs.

Johnnie Lenan Nelson,
Defendant

: IN THE COURT OF COMMON
: PLEAS OF BERKS COUNTY,
: PENNSYLVANIA
: CRIMINAL DIVISION
:
: No. 5539-2013
: Judge: Paul M. Yatron, P.J.

**ORDER**

AND NOW, this 19 day of June, 2015, upon consideration of Defendant's Motion to Attend Private Viewing, it is hereby ORDERED that the motion is GRANTED. The Court orders the Sheriff of Berks County to transport Defendant to the T.J. Baker Funeral Home on June 23, 2015 at a time agreed upon by the funeral home for a ½ hour private viewing for his deceased sister, Ashley Nelson. It is FURTHER ORDERED that Defendant will be shackled and handcuffed at this private viewing and that he will be in BCP clothing and that he will not be permitted contact with family or friends and will not be permitted at the gravesite. Finally, it is ORDERED that Defendant's family must pay a fee to the Berks County Sheriff's office for transportation to and from the private viewing as requested by the Berks County Sheriff's Office.

BY THE COURT:

/S/ Paul M. Yatron

Paul M. Yatron, P.J.

BERKS COUNTY, PA
2015 JUN 19 AM 8:54
OF COURTS

Extract from the record of said court
Certified this 19 day of June 20 15
JAMES P. TROUTMAN
Clerk of Common Pleas - Criminal Division
Per [signature] Deputy

DOC #12

**BERKS COUNTY JAIL SYSTEM**
**INMATE COMMUNICATION FORM**

Inmate Name: Johnnie Nelson BCJ #: 2006-1188 Unit/Cell #: T 201 Date: 7-5-15

**TO:** (*Select only **one** of the following; selecting more than ONE box will result in your communication being filed unanswered.*)

☐ Booking/Mail/Property ☐ Custody ☐ Inmate Accounts ☐ Medical ☐ Warden
☐ Chapel ☐ Deputy Warden ☐ Inmate Telephones ☐ SOG Commander ☒ Other CAPT. TORRES
☐ Commissary ☐ Education ☐ Kitchen ☐ Treatment

Write legibly, supply all relevant details. Forms which are unclear or contain demeaning language, threats or profanity will not be addressed. ***ONLY ONE TOPIC PER COMMUNICATION.***

I am writing you to ask if it's Okay for me to write Deputy Warden Smith about restoring my phone privilege's I have misconduct free for 60 day's and have been without phone privileges for 90 day's.

Thank you

*Note: Writing in "response" section will result in form being unanswered and filed.*

Inmate Signature: Johnnie Nelson

RESPONSE: Due to the serious concerns that I have with your phone conversation along with your disregard to my prior instructions I am not comfortable with reinstating your phone privileges as your case is still ongoing.

Date 7/17/15 Staff Member (*Print*) CDW SMITH and (*Sign*) [signature]

CC:

Doc #13

**BERKS COUNTY JAIL SYSTEM**
**INMATE COMMUNICATION FORM**

BCJ # 2006-1188

Inmate Name Johnnie Nelson Unit/Cell # I 201 Date 7-15-15

TO: (*Select only* ***one*** *of the following,* *selecting more than ONE box will result in your communication being filed, unanswered.*)

- [ ] Warden
- [ ] Custody
- [ ] Kitchen
- [x] Deputy Warden
- [ ] Medical
- [ ] Chapel
- [ ] Treatment
- [ ] Education
- [ ] Commissary
- [ ] Inmate Telephones
- [ ] SOG Commander
- [ ] Booking/Mail/Property
- [ ] Inmate Accounts
- [x] Deputy Warden Mr. Jeffery Smith

Write legibly, supply all relevant details. Forms which are unclear or contain demeaning language, threats or profanity will not be addressed. **ONLY ONE TOPIC PER COMMUNICATION.**

I wrote you 30+ days ago asking for my phone back I was denied. It's been 3 month's 18 day's I've had my privileges tooken it's been 2 month's 9 day's I've been misconduct free and out of delta I take full responsibility for my action and will make sure I won't repeat those actions that got me in this situation now. I ask for my privileges back not because I want you to feel bad for me but because I have followed every rule besides phone rule's and because I have learned my lesson.

Thank you for your time.

Note: Writing in "response" section will result in form being unanswered and filed.

Inmate Signature Johnnie Nelson

RESPONSE:

Duplicate Request - Response provided on ICF Addressed to Captain.

Date 7/17/15 Staff Member *(Print)* CDW SMITH and *(Sign)* [signature]

CC:

BCJS 501U, 3-2014 Original – Treatment File Canary – Return to inmate with response

Doc II 14-A

**BERKS COUNTY JAIL SYSTEM**
**INMATE COMMUNICATION FORM**

BCJ #: 2006-1188

Inmate Name: Johnnie L. Nelson Unit/Cell #: I-201 Date: 8/6/15

**TO:** (*Select only **one** of the following; selecting more than ONE box will result in your communication being filed unanswered.*)

- ☐ Booking/Mail/Property
- ☐ Chapel
- ☐ Commissary
- ☐ Custody
- ☐ Deputy Warden
- ☐ Education
- ☒ Inmate Accounts
- ☐ Inmate Telephones
- ☐ Kitchen
- ☐ Medical
- ☐ SOG Commander
- ☐ Treatment
- ☐ Warden
- ☐ Other______

Write legibly, supply all relevant details. Forms which are unclear or contain demeaning language, threats or profanity will not be addressed. ***ONLY ONE TOPIC PER COMMUNICATION.***

Please fill out this required In-Forma-Pauperis as per Court order./

This is in regards to my account.

Thank You,

*Note: Writing in "response" section will result in form being unanswered and filed.*

Inmate Signature: Johnnie Nelson

**RESPONSE:** Please forward an addressed envelope for us to mail out your account certification.

Date 8/10/15 Staff Member (*Print*) A. Ruffner and (*Sign*) A. Ruffner

CC:

Doc. 14-A

To:     Honorable Judge of District Court

My name is Johnnie L. Nelson.  I am the plaintiff in the said claim
before you.  I am constantly having problems with the staff at Berks
County Jail.  As in my complaint the staff continues to cause problems
and to deny me access to the Courts.  I have followed the directions
required to file my claim in forma pauperis, however, as you can see
from the included request and response I am meeting with resistance
to even have my account certification without having to jump through
hoops when it is clearly at the top of the page where and why regarding
the needed certification.  I do not know what else I can do since
that was my second time I had attempted to get this information and
using the form included it is clear that the administration has been
doing and trying anything to deny or delay me in this process as a
means to discourage this action from being brought to light.  I have
also included an option to ask for a payment plan to filing fees, as
I do not have the means to pay outright.  I do wish for any charges
I may have to incur in this filing to be reimbursed by the named
Defendants.  I am amending my claim to include document # 14, request
for certification.

                                        Respectfully,

                                        Johnnie Nelson
                                        Johnnie L. Nelson

Doc 14-E

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

TO PROCEED IN THE DISTRICT COURT WITH A PAYMENT PLAN FOR FEES AND COST.

~~I am the Plaintiff or petitioner in this case and declare I am~~ willing to pay the cost of these proceedings in a monthly payment plan at the direction of the Court and as a result I am entitled to the relief requested.

Please any initial payment costs required to proceed and payment plan provided by the Court.

In the event this is not acceptable by the Court, Plaintiff will foward the necessary paperwork to Proceed In Forma Pauperis.

I declare under penalty of perjury that the above information is true and I understand that a false statement or agreement may result in a dismissal of my claim.

8/10/15
DATE

Johnnie Nelson
SIGNATURE

Johnnie L. Nelson
PRINTED NAME